# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| JORGE ALVARANGA-ENRIQUEZ and DANIEL ENRIQUE MENDOZA-ARCHAGA | ) ) ) ) | 6:23-MJ-71--MK |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 31, 2023 - April 6, 2023  in the county of  Douglas  in the
 District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), (b)(1)(A)(viii) and 846 | Possession with Intent to Distribute Controlled Substances and Conspiracy to do the same |

This criminal complaint is based on these facts:

Please see the affidavit of DEA Special Agent Peter Ardissono, which is attached hereto and incorporated herein by this reference.

☒ Continued on the attached sheet.

/s/ Peter Ardissono, per rule 4.1

*Complainant's signature*

Peter Ardissono, DEA Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 14, 2023

*Judge's signature*

City and state:  Eugene, Oregon   Mustafa T. Kasubhai, U.S. Magistrate Judge

*Printed name and title*